AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern District of Florida |
|---|---|

| Name: Joselito Medina | Prisoner No.: 197142 | Case No.: 00-0114 CIV-DAVIS MAGISTRATE JUDGE SORRENTINO |
|---|---|---|

Place of Confinement: Washington Correctional Institution
4455 Sam Mitchell Drive
Chipley, FL 32428

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Joselito Medina | v. Michael W. Moore, etc., |

The Attorney General of the State of: Florida    Robert A. Butterworth

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   Circuit Court, 11th Judicial Circuit of Florida

2. Date of judgment of conviction: October 3, 1997

3. Length of sentence: 9 years

4. Nature of offense involved (all counts): Manslaughter w/Firearm

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☑

7. Did you testify at the trial?
   Yes ☐    No ☑

8. Did you appeal from the judgment of conviction
   Yes ☑    No ☐

cat/div: 2254
Case #: 114
Judge: Davis  Mag: CtK
Motn Ifp: yes  Fee pd $: ✓
Receipt #:

(2)

9. If you did appeal, answer the following:

   (a) Name of court _District Court of Appeal (3rd DCA) Florida_

   (b) Result _Relief Denied_

   (c) Date of result and citation, if known _June 10, 1999_

   (d) Grounds raised _Denied Right to Appeal via Ineffective Assistance of Counsel_

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _Supreme Court of Florida_

   (2) Result _Review Denied_

   (3) Date of result and citation, if known _July 22, 1999_

   (4) Grounds raised _Same as Third DCA Appeal_

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _N/A_

   (2) Result _N/A_

   (3) Date of result and citation, if known _N/A_

   (4) Grounds raised _N/A_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _Circuit Court, 11th Judicial Circuit - FL_

    (2) Nature of proceeding _Motion for Postconviction Relief_

    (3) Grounds raised _Ineffective Assistance of Counsel; Involuntary Guilty Plea._

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☑

(5) Result _Motion Denied_

(6) Date of result _November 19, 1998_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _N/A_

(2) Nature of proceeding _N/A_

(3) Grounds raised _N/A_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐    N/A

(5) Result _N/A_

(6) Date of result _N/A_

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☑    No ☐
(2) Second petition, etc.   Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) My lawyer told me that by pleading guilty to my charges, I would serve only 3 to 4 years in the FL. Dept of Corrections at a Boot camp. Upon arrival at FL DOC, I'm now told by Classification Dept., that I must serve 100% of my prison sentence, and that I would never be at a boot camp to do my prison time. My lawyer outright lied to me, about my prison time I would do, had I known that I had to serve 100% of my prison sentence, I would never pled guilty, but would have gone to jury trial, since I had a defense of incompetency at the time of the alleged crime, a jury would have found me Not Guilty based on my defense, and my lawyer and the State knew this. This violated my rights under the 5th, 6th and 14th Amendments, U.S. Constitution.

C. Ground ~~two~~: Ineffective Assistance of Counsel and Involuntary Guilty Plea

Supporting FACTS (state *briefly* without citing cases or law) At the time of my plea, I told my lawyer that I didn't want to plead guilty, because I was under Medication (Psychotropic), and I felt sick, and I didn't understand what was really being said. My lawyer told me to just answer NO to the questions asked in Court, and everything would be alright. He also

D. ~~Ground four:~~ said I would do 3 to 4 years and be out. Had I not been on medication and had he not lied

Supporting FACTS (state *briefly* without citing cases or law) to me, I would have demanded on jury trial, because I was being treated for my psycho/Bipolar disorder, and didn't know what was happening and it was my defense to the crime, i.e., Sanity. Had my lawyer told the truth and had I not been on medication, I would have gone to trial, and a jury would have found me NOT Guilty.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐　No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
   (a) At preliminary hearing Robert J. Zohlein, Esq., Attorney at Law, Miami, Florida
   (b) At arraignment and plea Same as Above

(c) At trial _____ N/A _____

(d) At sentencing _____ Robert Lohlein, Esq., _____

(e) On appeal _____ Pro Se _____

(f) In any post-conviction proceeding _____ Pro Se _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ Pro Se _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____ N/A _____
    (b) Give date and length of the above sentence: _____ N/A _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-4-99_
(date)

_____
Signature of Petitioner

(7)