**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

1. _Joselito Medina_
   PLAINTIFF/PETITIONER

2. _____
   PLAINTIFF/PETITIONER

   v.

1. _Michael W. Moore_
   DEFENDANT/RESPONDENT

2. _____
   DEFENDANT/RESPONDENT

Case No. **00-0114**
**CIV - DAVIS**
MAGISTRATE JUDGE
SORRENTINO

## MOTION TO PROCEED IN FORMA PAUPERIS

I, _Joselito Medina_ , move to proceed _in forma pauperis_ pursuant to Title 28 U.S.C. § 1915 in the above-entitled action.  I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to relief.  I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

Signature of Plaintiff/Petitioner

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

(Must Be Completed)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  Yes ( ✓ )    No ( )

If "Yes," state the place of your incarceration: _WASh., C.I. Chipley, FL_

Revised 2/97



2.    Are you presently employed?       Yes ( )    No (✓)
      a.    If the answer is "yes," state the amount of your take-home salary
            or wages per month and give the name and address of your employer.
      b.    If the answer is "no," state the date of last employment and the
            amount of the take-home salary and wages per month which you
            received.

3.    Have you received within the past twelve months any money from any of
      the following sources?
      a.    Business, profession or other self-employment?
            Yes ( )  No (✓)
      b.    Rent payments, interest or dividends?
            Yes ( )  No (✓)
      c.    Pensions, annuities or life insurance payments?
            Yes ( )  No (✓)
      d.    Disability or workers' compensation payments?
            Yes ( )  No (✓)
      e.    Gifts or inheritances?
            Yes ( )  No (✓)
      f.    Any other sources?
            Yes ( )  No (✓)

If the answer to any of the above is "yes," describe each source of money and
state the amount received from each during the past twelve months.

4.    Do you own any cash, or do you have money in a checking or savings account?
            Yes ( )    No (✓)   (Include funds in prison accounts.)
      If the answer is "yes," state the total value of the items owned.

5.    Do you own real estate, stocks, bonds, notes, automobiles, or other
      valuable property (excluding ordinary household furnishings and clothing)?
            Yes ( )       No (✓)
      If the answer is "yes," describe the property and state its approximate
value.
                              N/A

6.    List the persons who are dependent upon you for support, state your
      relationship to those persons, and indicate how much you contribute toward
      their support.
                              NONE

I declare under penalty of perjury that the foregoing is true and correct.

_____         _1-4-99_____
Signature of Plaintiff/Petitioner        Date

Revised 2/97                    2