UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6051-CIV-JORDAN
MAGISTRATE JUDGE SORRENTINO

CHARLIE LEE HILL,
PETITIONER,

VS.

MICHAEL W. MOORE,
RESPONDENT.



## PETITIONER REPLY TO RESPONDENT RESPONSE TO HIS HABEAS CORPUS PETITION 2254

COMES NOW, THE PETITIONER, CHARLIE LEE HILL, IN PRO SE, AND REPLY TO RESPONDENT RESPONSE, AND ASSERTS THAT HIS PETITION FOR WRIT OF HABEAS CORPUS IS NOT AND SHOULD NOT BE CONSIDERED TIME-BARRED AS MISAPPREHEND BY RESPONDENT. WHERE RESPONDENT DISREGARD MATERIAL FACTS THAT PETITIONER'S SENTENCE IS ILLEGAL AND CAN NOT TIME-BARRED BY THE LIMITATIONS PERIOD, RESPONDENT'S RECITATION OF FACTS IS LACKING. FOR EXAMPLE, RESPONDENT STATED THAT THE PETITIONER'S PETITION IS UNTIMELY AND SUCCESSIVE. THE RESPONDENT'S EVALUATION OF PETITIONER'S PETITION MAKES AN ARRAY OF FINDINGS OF WHICH MANY ARE FLAWED. SEE, SUMMERS-V-STATE, 24 FLW D2606 (FLA. 5TH DCA. 1999). THE SUMMERS COURT FOUND THAT:

    IN A 3.800(A) APPEAL INVOLVING AN HABITUAL OFFENDER ISSUE, THE SECOND DISTRICT COURT OF APPEAL CHARACTERIZED AN HABITUAL OFFENDER SENTENCE AS BEING ILLEGAL IF IT EXCEEDS THE ENHANCED




STATUTORY MAXIMUM PENALTY OR A PRIOR OFFENSE NECESSARY TO ADJUDICATE THE DEFENDANT AS AN HABITUAL OFFENDER DOES NOT ACTUALLY EXIST... LIKEWISE, AN HABITUAL OFFENDER SENTENCE IMPOSED FOR A FELONY WHICH DOES NOT QUALIFY FOR HABITUAL OFFENDER TREATMENT IS ILLEGAL BECAUSE UNDER THE LAW THE COURT COULD NOT HAVE IMPOSED IT IN ANY CIRCUMSTANCE.

THE FIFTH DCA ACTUALLY REVERSED THE CASE EVEN THOUGH THE MOTION WAS INITIALLY DENIED BY THE TRIAL COURT AS BEING BOTH UNTIMELY AND SUCCESSIVE.

## RELIEF

WHEREFORE, PETITIONER PRAYS THAT THIS HONORABLE COURT WILL GRANT THE RELIEF HE IS ENTITLED IN THIS PROCEEDING, AND FIND THAT HIS PETITION FOR WRIT OF HABEAS CORPUS IS TIMELY FILED.

ON APRIL, 10, 2000.

Charlie Hill #098796
CHARLIE LEE HILL #098796
1601 S.W. 187TH AVENUE
MIAMI, FLORIDA, 33185-3701

## CERTIFICATE OF SERVICE

PETITIONER HAS SERVED A TRUE COPY OF SAID REPLY ON STEVEN R. PARRISH 1655 PALM BEACH LAKES BLVD THIRD FLOOR, WEST PALM BEACH, FLORIDA, 33401.

2