FILED by _GD_ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CIV-JORDAN
MAGISTRATE JUDGE SORRENTINO

CHARLIE LEE HILL,                    :

        Petitioner,          :

v.                                   :          ORDER OF DISMISSAL    **CLOSED**
                                                OF §2254 PETITION
MICHAEL W. MOORE,                    :          AS TIME BARRED        **CIVIL**

        Respondent.          :                                **CASE**

_____

    For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

    ORDERED AND ADJUDGED as follows:

    1.   This petitioner for writ of habeas corpus pursuant to 28 U.S.C. §2254 is dismissed, as time barred.

    2.   All motions not otherwise ruled upon are dismissed, as moot.

    3.   The case is closed.

    DONE AND ORDERED at Miami, Florida, this 21st day of _August_, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc:  Charlie Lee Hill, <u>Pro Se</u>
     Steven R. Parrish, AAG

